UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENZEL WORTHINGTON,<br><br>        Plaintiff,<br><br>    v.<br><br>BRINKS, INCORPORATED,<br><br>        Defendant. | Case No. 24-cv-00368-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 36 |

On November 5, 2024, the parties filed a notice advising the Court that the above captioned matter settled and that they expected to complete their obligations under the settlement agreement by January 15, 2025. In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however that if any party hereto shall certify to this Court within one-hundred and twenty days, with proof of service, that the settlement was not consummated or that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated, and this case shall be restored to the calendar. If no certification is filed, after passage of one-hundred and twenty days, the dismissal shall be with prejudice.

**IT IS SO ORDERED**.

Dated: November 5, 2024

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge